**JOHN F. RYAN COUNSELOR AT LAW**
**ATTORNEYS FOR PLAINTIFF**
**320 8TH AVENUE, SUITE 2R**
**BROOKLYN, NEW YORK 11215**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

AXAXL, XL Catlin ,a Division of AXA
as subrogee of AZ GEMS, INC.

.

Plaintiff,

vs.

COMPLAINT

M/V BOX ENDURANCE ,her engines, tackle,
Boilers, etc., in rem; AIGLI Navigation Inc.,
M/V ZIM VIETNAM, her engines, tackle,
Boilers, etc., in rem, KALAMATIA Shipping
and Zim integrated shipping Services Ltd., a/k/a
Zim Lines.

Defendants.

______________________________________X/

**COMPLAINT**

NOW COMES Plaintiff, AXAXL, XL Caitlin, a Division of AXA, as subrogee of AZ GEMS, INC. hereinafter referred to as AXAXL or Plaintiff by its counsel John F. Ryan Counselor At Law, and complaining of the Defendants, M/V BOX ENDURTANCE ,her engines, tackle, Boilers, etc., in rem; AIGLI Navigation Inc. and M/V ZIM VIETNAM, her engines, tackle,

boilers, etc. in rem, KALAMATIA Shipping and ZIM Integrated Shipping Services Ltd., a/k/a ZIM Lines.

1. Plaintiff, at all relevant times, is a Marine Cargo Underwriter and Insurance Company with an office and place of business at 20 Gracechurch Street, London , EC3V OBG, United Kingdom. That Plaintiff did issue to AZ Gems a policy of marine cargo insurance which provided insurance coverage for, among other things, the shipment and cargo described more fully in this complaint. That Plaintiff is the duly subrogated insurer of the consignee, and/or owner of the shipment described in the complaint and brings this action on its own behalf and as agent or trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interest may ultimately appear and Plaintiff is entitled to maintain this action.

2. Defendant M/V BOX ENDURANCE (hereinafter "tone of the vessels") is an ocean going container ship owned and operated by defendants as more specifically described below, that carried containerized cargo which is the subject matter of this lawsuit.

3. Defendant AIGLI NAVIGATION, Inc. (hereinafter "AIGLI" was and is a corporation with an office and place of business located C/O Allseas Marine SA 15, Konstantinou Karamanli Avenue, Voula, 166 73, Athens, Greece, was and is the owner of the M/V BOX ENDURANCE and at all relevant times, was and is still doing business with in the jurisdiction of this Honorable Court.
4. Defendant KALAMATA SHIPPING (hereinafter "KALAMATA" was and is a corporation with an office and place of business located C/O Costamare Shipping Co., SA, Costamare Building, 60, Zefyrou Street & A Syngrou Avenue, 175 64 Athens, Greece, was and is the owner of the M/V ZIM VIETNAM and at all relevant times, was and is still doing business with in the jurisdiction of this Honorable Court.

5. Defendant, ZIM Integrated Shipping Services, Ltd. a/k/a ZIM Lines hereinafter referred to as ZIM is believed to be a foreign corporation or similar entity formed under the laws of a foreign country with an office and place business located at 4425 Corporation Lane, Virginia Beach, VA 23462.

6. Defendant, Zim Lines, at all relevant times, held itself out to be and acted as a common carrier engaged in the carriage of goods to and from a port in the United States of America and/or as an ocean transportation intermediary.

7. At all times material, Defendant Zim Lines held itself out as a carrier of goods by sea for hire and that on or about August 13, 2023 Zim Lines issued Sea Waybill of lading No. ZIMUGYL00001546 for shipment of 1100 MASTER Cartons of Fresh Frozen Shrimp in Container No. ZCLU992341-0 aboard MV BOX ENDURANCE for a voyage from Guayaquil, Ecuador to Baltimore, United States. On or about August 26, 2023 in the Port of Kingston, Jamaica the container No. ZCLU992341-0 was discharged from the M/V BOX ENDURANCE and loaded on to the M/V ZIM VIETNAM for completion of the voyage from Guayaquil, Ecuador to Baltimore, United States.

8. This action is comprised of admiralty and maritime claims within the meaning of Rule9(h) of the Federal Rules of Civil Procedure and this Honorable Court has subject matter jurisdiction pursuant to 28 U.S.C. Sect. 1331 and 1333.

9. The United States District Court for the Southern District of New York is the proper venue for this action by virtue of the forum selection clause contained in the operative

bill of lading for the shipment at issue. Defendants have consented to the personal jurisdiction of this Honorable Court by virtue of the referenced forum selection clauses.

10. That on, about or after August 31 , 2023 defendant Zim Lines, or its agent failed to deliver to plaintiff or their agents the full shipment of 1100 MASTER Cartons of Fresh Frozen Shrimp identified in the referenced bill of lading in the same good order and condition as received but they were delivered in a damaged condition not in accordance with the terms and conditions of the bill of lading issued by defendant ZIM Lines.

11. That on, about or after September 1, 2023 Defendants were put on notice that shipment was not delivered in the same good order and condition as received by defendants but in a damaged condition and that plaintiff's damages were in the amount of $142,876.80 and that it was defendants' legal obligation to pay those damages.

12. That defendants were legally obligated to care for and protect plaintiff's shipment of 1100 MASTER Cartons of Fresh Frozen Shrimp during the transit identified on the referenced bill of lading, and to deliver the shipment of 1100 MASTER Cartons of Fresh Frozen Shrimp in the same good order and condition as when the shipment was received by defendants, and that defendants failed to protect plaintiff's shipment during the referenced voyage. As a result of defendants' breach of contract and negligence plaintiff has suffered damages in the amount of $142,876.80 plus costs and interest.

13. To date, defendants have failed to make any payment to plaintiff for the damages suffered as a result of defendants' breach of maritime contract and or negligence.

14. In addition to the above amount of $142,876.80 plaintiff is entitled to interest, costs and fees in amounts which will be proved at trial.

**WHEREFORE,** Plaintiff, prays as follows:

**A.** For a judgment in favor of Plaintiff and against Defendants **for the** amount of Plaintiff's damages; and

**B.** For such other and further relief as the Court deems just and proper under the circumstances, together with costs and disbursements of this action.

Date: August 28, 2024,

JOHN F RYAN COUNSELOR AT LAW

John Francis Ryan
Attorney for Plaintiff
320 8th Avenue, Suite 2R
Brooklyn, NY 11215
Telephone: (718) 378-7620
Johnfryan661@gmail.com