**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

AXAXL, XL CATLIN,

Plaintiff,

-against-

AIGLI NAVIGATION INC., *et al.*,

Defendant.

-----------------------------------------------------------------X

**ORDER**

**24-CV-6485 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Per the case management plan, discovery ended on September 15, 2026. To that end, the parties are to file a joint letter by **October 13, 2026** proposing next steps. If the parties are still interested in settlement, they are to follow the scheduling instructions in the Court's order at Dkt. No. 22.

SO ORDERED.

DATED: New York, New York
October 5, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge