**25-cv-04041UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
AXAXL, XL CATLIN,

Plaintiff,

-against-

AIGLI NAVIGATION INC., *et al.*,

Defendant.
---------------------------------------------------------------X

**ORDER**

**24-CV-6485 (ALC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties were directed to provide a joint update on next steps on October 30, 2026. See Dkt. No. 25. To date, the Court has not received any such update from the parties. As a one-time courtesy, the parties' deadline to provide their joint update is extended to **November 20, 2026**. No additional extensions will be allowed absent extenuating circumstances.

SO ORDERED.

DATED: New York, New York
November 17, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge